# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Evan Castaneda

                    Plaintiff,

v.                                           Case No.: 1:22–cv–03187
                                                        Honorable Steven C. Seeger

Amazon.Com, Inc.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 26, 2023:

      MINUTE entry before the Honorable Steven C. Seeger: On June 26, 2023, this Court issued a Memorandum Opinion and Order, granting Amazon's motion to dismiss. (Dckt. No. [27]) The Court granted leave to amend by July 7, 2023. (Dckt. No. [26]) That deadline has come and gone. The complaint is dismissed with prejudice. Judgment Order to follow. The case is closed. Civil case terminated. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.