# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Evan Castaneda, individually and on behalf of a
class of similarly situated individuals,

Plaintiff(s),

v.

Amazon.com, Inc.,

Defendant(s).

Case No.  1:22-cv-03187
Judge Steven C. Seeger

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐　　in favor of plaintiff(s)
　　　and against defendant(s)
　　　in the amount of $　　　,

　　　　　　which ☐ includes　　　pre–judgment interest.
　　　　　　　　　 ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.
Plaintiff(s) shall recover costs from defendant(s).

---

☐　　in favor of defendant(s)
　　　and against plaintiff(s)

---

☒　　other:　Plaintiff failed to meet the July 7th deadline to file an amended complaint. The
　　　　　　complaint is dismissed with prejudice.

---

This action was *(check one)*:

☐ tried by a jury with Judge　　　presiding, and the jury has rendered a verdict.
☐ tried by Judge　　　without a jury and the above decision was reached.
☒ decided by Judge Steven C. Seeger.


Date:　9/26/2023

Thomas G. Bruton, Clerk of Court

Jessica J. Ramos, Deputy Clerk